United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01059-MJC
Scott Thomas Williams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 03, 2024     Form ID: ntcnfhrg     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Thomas Williams, 105 Dymond Terrace, Tunkhannock, PA 18657-1733 |
| cr | + | Fifth Third Bank, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5613356 | + | Danielle M. DiLeva Esq., KML Law Group, P.C., 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 5615482 | + | Fifth Third Bank, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5613361 | + | MDJ Carl W. Smith Jr., Wyoming County Courthouse, 1 Courthouse Square, Tunkhannock, PA 18657-1228 |
| 5613360 | + | McCabe, Weisberg & Conway, LLC, 123 S. Broad St., Unit 1400, Philadelphia, PA 19109-1060 |
| 5613362 | + | Michael J. Dogherty, Esq., 170 S. Independence Mall W, Ste. 874W, Philadelphia, PA 19106-3334 |
| 5613363 | + | P & G Mehoopany Efcu, 15 Lane Hill Road, Tunkhannock, PA 18657-5525 |
| 5613366 | + | Prothonotary Wyoming County, 1 Courthouse Square, Tunkhannock, PA 18657-1228 |
| 5613367 | + | Wyoming County Sheriff's Office, 1 Court House Square, Tunkhannock, PA 18657-1228 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5616385 | + | Email/Text: mrdiscen@discover.com | Jun 03 2024 18:55:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 5613357 | + | Email/Text: mrdiscen@discover.com | Jun 03 2024 18:55:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5613358 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 03 2024 18:56:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 5613359 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 03 2024 18:56:00 | Fifth Third Bank, National Assoc., 5001 Kingsley, Mail Drop 1MOBBX, Cincinnati, OH 45227-1114 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5613364 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Road, Tunkhannock, PA 18657-5525 |
| 5613365 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Road, Tunkhannock, PA 18657-5525 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Fifth Third Bank  National Association mfarrington@kmllawgroup.com |
| Paul P Ackourey | on behalf of Debtor 1 Scott Thomas Williams ackoureyandturel@gmail.com  backourey@ackoureyandturel.com |
| Robert Shearer | on behalf of Creditor Fifth Third Bank  National Association rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott Thomas Williams,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−01059−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 4, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2024 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 3, 2024 |

ntcnfhrg (08/21)