Ackourey & Turel, P.C.
9 Marion Street
Tunkhannock, PA 18657
Phone: (570) 836-3600
Facsimile: (570) 836-0116

Paul P. Ackourey, Esq. - Attorney I.D. 38506
Stephen R. Turel, Jr., Esq. – Attorney I.D. 207500

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SCOTT WILLIAMS | CHAPTER 13 |
| DEBTOR | |
| | CASE#: 5-24-BK-01-089-MJC |

## MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1307(b)

AND NOW, come the Debtor, Scott Williams, by and through counsel, Ackourey & Turel, P.C., and files this Motion seeking a Dismissal of his case and averring the following in support thereof:

1. The Debtor is a Debtor under Chapter 13 of the United States Bankruptcy Code.

2. Debtor filed a Chapter 13 Plan and is no longer able to comply with the terms of said plan.

3. The Debtor does not desire to modify the existing plan.

4. The above captioned Chapter 13 case has not been converted to Chapter 13 from another Chapter of the Bankruptcy Code.

5. Pursuant to 11 U.S.C. §1307(b), the Debtor is entitled to have this Chapter 13 case dismissed at any time.

6. The Debtor hereby respectfully requests that the above captioned case be dismissed and the estate closed as soon as practicable.

WHEREFORE, The Debtor pursuant to 11 U.S.C. §1307(b) of the Fed. R.Bank.P §1017(d) respectfully moves this Honorable Court to enter an Order dismissing the above captioned case and closing the estate as soon as practicable.

RESPECTFULLY SUBMITTED:

BY: /s/
ACKOUREY & TUREL, PC
9 MARION STREET
TUNKHANNOCK, PA 18657
Phone: (570) 836-3600
Fax: (570) 836-0116
ackoureyandturel@gmail.com
PA ID#: 38506

Date: 6-24-24