Ackourey & Turel, P.C.  
9 Marion Street  
Tunkhannock, PA 18657  
Phone: (570) 836-3600  
Facsimile: (570) 836-0116

Paul P. Ackourey, Esq. - Attorney I.D. 38506  
Stephen R. Turel, Jr., Esq. – Attorney I.D. 207500

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SCOTT WILLIAMS | CHAPTER 13 |
| DEBTOR | |
| | CASE#: 5:24-BK-01-059-MJC |

### CERTIFICATE OF SERVICE

Paul P. Ackourey, Esquire, counsel for Debtor in the above-captioned case, does hereby certify that on the _25_ of _June_, 2024, he did serve a true and correct copy of a Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(b) upon those entities set forth in Schedule A via ECF as follows:

> Office of the U.S. Trustee  
> Jack N. Zaharopoulos  
> 8125 Adams Drive  
> Hummelstown, PA 17036

and upon the following creditors set forth in Schedule A by U.S. Mail, first class, postage prepaid, addressed as follows:

**SEE EXHIBIT "A" Attached**

I certify under penalty and perjury that the foregoing is true and correct.

BY: _/s/ Paul P. Ackourey_  
PAUL P. ACKOUREY, ESQUIRE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:24-bk-01059-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Jun 25 11:15:58 EDT 2024 | Fifth Third Bank, National Association<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| Danielle M. DiLeva Esq.<br>KML Law Group, P.C.<br>701 Market St., Ste. 5000<br>Philadelphia, PA 19106-1541 | Discover Bank<br>P.O. Box 3025<br>New Albany OH 43054-3025 | Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 |
| Fifth Third Bank<br>Attn: Bankruptcy<br>Maildrop RCS83E 1830 E Paris Ave SE<br>Grand Rapids, MI 49546 | Fifth Third Bank, N.A.<br>5001 Kingsley Drive<br>1MOBBW<br>Cincinnati, Ohio 45227-1114 | Fifth Third Bank, National Assoc.<br>5001 Kingsley<br>Mail Drop 1MOBBX<br>Cincinnati, OH 45227-1114 |
| Fifth Third Bank, National Association<br>Robertson, Anschutz, Schneid, & Crane PL<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 | MDJ Carl W. Smith Jr.<br>Wyoming County Courthouse<br>1 Courthouse Square<br>Tunkhannock, PA 18657-1228 | McCabe, Weisberg & Conway, LLC<br>123 S. Broad St.<br>Unit 1400<br>Philadelphia, PA 19109-1060 |
| Michael J. Dogherty, Esq.<br>170 S. Independence Mall W<br>Ste. 874W<br>Philadelphia, PA 19106-3334 | P & G Mehoopany Efcu<br>15 Lane Hill Road<br>Tunkhannock, PA 18657-5525 | Prothonotary Wyoming County<br>1 Courthouse Square<br>Tunkhannock, PA 18657-1228 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Wyoming County Sheriff's Office<br>1 Court House Square<br>Tunkhannock, PA 18657-1228 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Paul P Ackourey<br>Ackourey & Turel, P.C<br>9 Marion St<br>Tunkhannock, PA 18657-1210 | Scott Thomas Williams<br>105 Dymond Terrace<br>Tunkhannock, PA 18657-1733 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fifth Third Bank, National Association

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20