IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SCOTT WILLIAMS | : | CHAPTER 13 |
| | : | |
| Debtor | : | CASE NO: 5:24-BK-01-059-MJC |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Debtors' Motion to Dismiss Case pursuant to 11 U.S.C. §1307(b),

IT IS HEREBY ORDERED that the above captioned case be and is hereby dismissed.

BY THE COURT:

_____P.J.